FELICE JOHN VITI, Acting United States Attorney (#7007)
SACHIKO J. JEPSON, Special Assistant United States Attorney (#17077)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MUNA ABDI,<br><br>    Defendant. | FELONY INFORMATION<br><br>Count 1: 18 U.S.C. § 641 (Conversion of Government Funds) |

The United States Attorney alleges:

**COUNT I**
18 U.S.C. § 641
(Conversion of Government Funds)

From about November 1, 2021, through about June 24, 2024, in the District of

Utah and elsewhere,

MUNA ABDI,

defendant herein, did willfully and knowingly convert to her own use and the use of

others, money belonging to the United States or a department or agency thereof, in total

exceeding $1,000.00, to wit: Supplemental Security Income in the amount of approximately $25,638.61.

Dated this 10th day of September 2025

                                              FELICE JOHN VITI
                                              Acting United States Attorney

                                              /s/ Sachiko J. Jepson
                                              SACHIKO J. JEPSON
                                              Special Assistant United States Attorney